UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE LAZAAR,

                Plaintiff,          22-cv-3075 (JGK)

   - against -                  ORDER

THE ANTHEM COMPANIES, INC. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 7, 2022 at 12 p.m. is canceled. The parties should appear for the conference scheduled for July 7, 2022 at 10:30 a.m.

SO ORDERED.
Dated:    New York, New York
           June 30, 2022

                                                  John G. Koeltl
                                      United States District Judge