UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE LAZAAR ET AL.,
                Plaintiffs,        22-cv-3075 (JGK)

    - against -                   ORDER

THE ANTHEM COMPANIES, INC. ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **July 15, 2022**. The time for the defendants to move or to answer the amended complaint is **August 5, 2022**. If a motion, the time for the plaintiff to respond is **August 26, 2022**. The time for the defendants to reply is **September 9, 2022**. If an answer, the parties will submit a Rule 26(f) report by **August 26, 2022**. If the defendants seek to move for judgment on the pleadings pursuant to Rule 12(c), the parties will submit an agreed-upon schedule.

SO ORDERED.
Dated:    New York, New York
           July 7, 2022

                                          John G. Koeltl
                                    United States District Judge