```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

LESLIE LAZAAR,

              Plaintiff,         22-cv-3075 (JGK)

    - against -              ORDER

THE ANTHEM COMPANIES, INC., ET AL.,
              Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by September 5, 2022.

SO ORDERED.
Dated:    New York, New York
           August 15, 2022

                                   /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge