UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAZAAR,                                    22-cv-3075 (JGK)

        Plaintiff,              ORDER

- against -

THE ANTHEM COMPANIES, INC., ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for judgment on the pleadings.

SO ORDERED.

Dated:    New York, New York
            September 26, 2022

                                      John G. Koeltl
                             United States District Judge