UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE LAZAAR,

                     Plaintiff,

   - against -

THE ANTHEM COMPANIES, INC., ET AL.,

                     Defendants.

22-cv-3075 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On September 5, 2022, the Court endorsed the parties' Rule 26(f) report and stayed discovery pending a decision on the defendant's motion for judgment on the pleadings. ECF No. 32. On January 25, 2023, the Court denied the motion for judgment on the pleadings. ECF No. 38.

In the Rule 26(f) report, the plaintiff stated that she anticipated filing a motion for conditional certification of an FLSA collective action. ECF No. 32 at 2. The parties appear to agree that it would be most judicious to wait to set a discovery and pretrial schedule until after the resolution of any such motion. Id.

Accordingly, the plaintiff may file a motion for conditional certification of an FLSA collective action by **March 17, 2023**. The defendants may respond by **March 31, 2023**. The plaintiff may reply by **April 7, 2023**.

If the plaintiff elects not to move for conditional certification, the parties are directed to file an amended Rule 26(f) report by **March 3, 2023.**

**SO ORDERED.**

Dated:   New York, New York
         February 15, 2023

_____
John G. Koeltl
United States District Judge