UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LESLIE LAZAAR,     :
individually and on behalf of     :    Case No. 1:22-cv-03075-JGLC
all others similarly situated, as a Collective     :
and Class representative,     :
    :
    :    **ORDER APPROVING JOINT**
    :    **PROPOSED NOTICE AND NOTICE**
          Plaintiff,     :    **PLAN**
    :
        v.     :
    :
THE ANTHEM COMPANIES, INC.;     :
EMPIRE HEALTHCHOICE HMO, INC.,     :
d/b/a EMPIRE BLUE CROSS BLUE     :
SHIELD HMO and EMPIRE BLUE     :
CROSS; and HEALTHPLUS HP, LLC d/b/a: 
EMPIRE BLUECROSS BLUESHIELD     :
HEALTHPLUS AND EMPIRE     :
BLUECROSS HEALTHPLUS,     :
    :
          Defendants.     :

        The above-captioned matter is before this Court on the Parties' Notice of Joint Proposed Notice and Notice Plan (ECF No. 54). The Court, having considered the proposed notice and notice plan, hereby ORDERS the following:

        1.      The Court authorizes and approves the Notice and Consent to Join Lawsuit Form and Reminder Notice, submitted as ECF Nos. 54-1 and 54-2.

        2.      The Court further approves the Parties' stipulated notice plan as detailed in paragraph 2 of the Parties' Notice of Joint Proposed Notice and Notice Plan.

Date: July 26, 2023                          _Jessica Clarke_____
      New York, New York

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge