UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE LAZAAR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>THE ANTHEM COMPANIES, INC.,<br><br>　　　　　　　　　　Defendant. | 22-CV-3075 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

　　On July 10, 2024, the Court granted the parties' joint request to stay this action pending mediation. *See* ECF No. 112. The duration of stay requested by the parties has expired. *See id.* at 3. Accordingly, the Clerk of Court is directed to LIFT the stay on this case. Per the agreement at ECF No. 112, counsel shall submit a modified scheduling order to cover litigation through trial no later than **November 13, 2024**.

Dated:　November 8, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge