## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LESLIE LAZAAR and DONNA TROPEANO-TIRINO, individually and on behalf of all others similarly situated, as a Collective and Class representative,

              Plaintiffs,           22 **CIVIL** 3075 (JGLC)

    -against-                    **JUDGMENT**

THE ANTHEM COMPANIES, INC., EMPIRE HEALTHCHOICE HMO, INC. d/b/a EMPIRE BLUE CROSS BLUE SHIELD HMO AND EMPIRE BLUE CROSS HMO, and HEALTHPLUS HP, LLC d/b/a EMPIRE BLUECROSS BLUESHIELD HEALTHPLUS AND EMPIRE BLUECROSS HEALTHPLUS,

              Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendants' motion for summary judgment is GRANTED. Plaintiffs' motion is DENIED. Motions regarding class certification and de-certification are DENIED as moot. Motions to seal are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

              **BY:** *[signature]*

                                            **Deputy Clerk**