# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7ᵗʰ day of May, two thousand twenty-six,

_____

| | |
|---|---|
| Leslie Lazaar and Donna Tropeano, individually and on behalf of all others similarly situated, as Collective and Class representatives, | **ORDER** <br> Docket No. 25-2714 |
| Plaintiffs - Appellants, | |
| v. | |
| The Anthem Companies, Inc., Empire HealthChoice HMO, Inc. (d/b/a Empire Blue Cross Blue Shield HMO and Empire Blue Cross HMO), and HealthPlus HP, LLC (d/b/a Empire BlueCross BlueShield HealthPlus and Empire BlueCross HealthPlus), | |
| Defendants - Appellees. | |

_____

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 5/7/2026

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/07/2026